# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH ALAN ROBERTS, : | | |
|    Plaintiff | : | No. 3:15-cv-01607 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| DEBBORAH WILSON, <u>et al.</u>, | : | (Magistrate Judge Arbuckle) |
|    Defendants | : | |

## <u>ORDER</u>

**AND NOW**, on this 30th day of March 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. The Court adopts in part the Report and Recommendation (Doc. No. 93), of Magistrate Judge Arbuckle;

2. The Report and Recommendation is **ADOPTED** insofar as it recommends denial of the Medical Defendants' motion for summary judgment;

3. The Report and Recommendation is **NOT ADOPTED** with respect to Magistrate Judge Arbuckle's finding that the Medical Defendants failed to meet their threshold burden of demonstrating the absence of a genuine issue of material fact as to Plaintiff's Eighth Amendment deliberate indifference claim;

4. The Medical Defendants' motion for summary judgment (Doc. No. 84), is **DENIED** without prejudice; and

5. This matter is **RECOMMITTED** to Magistrate Judge Arbuckle for further pretrial proceedings, including consideration of whether appointment of counsel to represent Plaintiff in this action pursuant to 28 U.S.C. § 1915(e)(1) is warranted.

                                                      <u>s/ Yvette Kane</u>
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania